UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER J. SMITH, : Case No. 1:16-cv-998
:
    Petitioner, : Judge Timothy S. Black
: Magistrate Judge Karen L. Litkovitz
vs. :
:
WARDEN, LEBANON :
CORRECTIONAL INSTITUTION, :
:
    Respondent. :

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 27, 2016, submitted a Report and Recommendations. (Doc. 5). The Petitioner filed objections. (Doc. 6).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

---

[1] For the reasons stated in the Magistrate Judge's Report and Recommendations (Doc. 5), Petitioner's objections (Doc. 6) are **OVERRULED**.

Accordingly, because this Court lacks jurisdiction in this matter involving a successive habeas petition within the meaning of 28 U.S.C. § 2244(b), Petitioner's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **TRANSFERRED** to the Sixth Circuit for further proceedings as required under 28 U.S.C. § 2244(b)(3).  The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 11/16/16

Timothy S. Black
United States District Judge